**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Marcos Tulio RIVERA–ALFARO, also known as Marco Tulio Rivera,**
**Defendant–Appellant.**

No. 13–40075
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 20, 2013.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Marcos Tulio Rivera–Alfaro raises an argument that he concedes is foreclosed by *United States v. Rodriguez,* 711 F.3d 541, 562 n. 28 (5th Cir.2013) (en banc), *petition for cert. filed* (June 6, 2013) (No. 12–10695), in which this court concluded that the generic, contemporary definition of "sexual abuse of a minor" does not include the age-differential requirement that Rivera–Alfaro asserts is required. The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.